March 6, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

**PAIGE TROTTER HOLLOWAY AND BARBARA TROTTER COLLINS, INDIVIDUALLY, AS CO-ADMINISTRATORS OF THE ESTATE OF J. T. TROTTER, DECEASED, AS CO-TRUSTEES OF TROTTER GRANDCHILDREN'S 1993 TRUSTS, J. T. TROTTER 2004 GRANTOR TRUST, TROTTER GGC 2004 TRUST, TROTTER 1993 TRUST FOR PAIGE HOLLOWAY, TROTTER 1993 TRUST FOR BARBARA COLLINS AND ALL OTHER TRUSTS CREATED UNDER DECEDENT'S WILL, AND AS CO-TRUSTEES OF THE JACK TROTTER FOUNDATION AND TROTTER EDUCATION FOUNDATION, AND WILLIAM COLLINS, TRUSTEE OF THE TROTTER FRIENDS 2005 TRUST, Appellants**

NO. 14-12-01087-CV                           V.

RICHARD MONROE, KATHY KYLE AND DAWN RIGBY, Appellee

_____

This cause, an appeal from the judgment in favor of appellees, Richard Monroe, Kathy Kyle and Dawn Rigby, signed October 30, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Richard Monroe, Kathy Kyle and Dawn Rigby, jointly and severally.

We further order this decision certified below for observance.



# MANDATE

# The Fourteenth Court of Appeals

## NO. 14-12-01087-CV

Paige Trotter Holloway and Barbara Trotter Collins, Individually, as Co-Administrators of the Estate of J. T. Trotter, Deceased, as Co-Trustees of Trotter Grandchildren's 1993 Trusts, J. T. Trotter 2004 Grantor Trust, Trotter GGC 2004 Trust, Trotter 1993 Trust for Paige Holloway, Trotter 1993 Trust for Barbara Collins and all other trusts created under Decedent's Will, and as Co-Trustees of the Jack Trotter Foundation and Trotter Education Foundation, and William Collins, Trustee of the Trotter Friends 2005 Trust, Appellants

v.

Richard Monroe, Kathy Kyle and Dawn Rigby, Appellee

Appealed from the Probate Court No 3 of Harris County. (Tr. Ct. No. 392,875). Memorandum Opinion delivered by Justice McCally. Justices Busby and Wise also participating.

**TO THE PROBATE COURT NO 3 OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on March 6, 2014, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellees, Richard Monroe, Kathy Kyle and Dawn Rigby, signed October 30, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Richard Monroe, Kathy Kyle and Dawn Rigby, jointly and severally.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, .

CHRISTOPHER A. PRINE, Clerk

## RECORDS RETENTION SCHEDULE IN CIVIL CASES

(Secretary to complete entire top portion at time opinion is delivered – have signed by authoring judge)

CASE NO.: <u>14-12-01087-CV</u>

DATE CASE FILED: <u>12/4/2012</u>

STYLE: **PAIGE TROTTER HOLLOWAY AND BARBARA TROTTER COLLINS, INDIVIDUALLY, AS CO-ADMINISTRATORS OF THE ESTATE OF J. T. TROTTER, DECEASED, AS CO-TRUSTEES OF TROTTER GRANDCHILDREN'S 1993 TRUSTS, J. T. TROTTER 2004 GRANTOR TRUST, TROTTER GGC 2004 TRUST, TROTTER 1993 TRUST FOR PAIGE HOLLOWAY, TROTTER 1993 TRUST FOR BARBARA COLLINS AND ALL OTHER TRUSTS CREATED UNDER DECEDENT'S WILL, AND AS CO-TRUSTEES OF THE JACK TROTTER FOUNDATION AND TROTTER EDUCATION FOUNDATION, AND WILLIAM COLLINS, TRUSTEE OF THE TROTTER FRIENDS 2005 TRUST v. Richard Monroe, Kathy Kyle and Dawn Rigby**

COUNTY: <u>Harris</u>

DESCRIPTION/SUBJECT OF CASE:  <u>Probate</u>

PANEL:  <u>SM, JBB, KPW</u>

AUTHOR: <u>McCally</u>

PER CURIAM:  <u>NO</u>

OPINION ISSUED**:** <u>March 6, 2014</u>

OPINION DECISION: <u>REVERSED AND REMANDED</u>

RECOMMEND:    <u>DESTROY: YES</u>      <u>HISTORICAL:  NO</u>
COMMENTS:
SIGNED: _____
DATE: _____

————————————————**FOR CLERK'S USE ONLY**————————————
 MANDATE ISSUED: _____
LETTER TO STATE ARCHIVES (date): _____
COMMENTS: _____
————————————————**FOR CLERK'S USE ONLY**————————————
(Dispose of 6 years after final disposition)
DATE DESTROYED: _____
DATE SENT TO STATE ARCHIVES FOR PERMANENT RETENTION: